In the United States Court of Appeals
for the Seventh Circuit

| | | |
|---|---|---|
| Michael Moore, et al., | ) | No. 14-3717 |
| | ) | |
| Plaintiffs-Appellants, | ) | Appeal from the United States |
| | ) | District Court for the Central |
| v. | ) | District of Illinois |
| | ) | |
| Lisa Madigan, et al., | ) | No. 11-CV-3134 |
| | ) | |
| Defendants-Appellants. | ) | Sue E. Myerscough, Judge. |
| _____ | ) | |

APPELLANTS' DOCKETING STATEMENT

Plaintiffs-Appellants, Michael Moore, Charles Hooks, Peggy Fechter, Jon Maier, Second Amendment Foundation, Inc., and Illinois Carry, submit their Docketing Statement pursuant to Seventh Cir. Rule 3(c)(1):

PRIOR APPEALS

This is Plaintiffs-Appellants' second appeal in this case. On February 3, 2012, the District Court entered a final judgment against Plaintiffs-Appellants, who noticed their appeal the same day, No. 12-1269.

On December 12, 2012, this Court reversed that judgment. See *Moore* v. *Madigan*, 702 F.3d 931 (7th Cir. 2012). This Court also reversed a judgment in a related appeal, *Shepard* v. *Madigan*, 12-1788.

The *Shepard* parties later litigated another appeal, No. 13-2661. See

*Shepard* v. *Madigan*, 734 F.3d 748 (7th Cir. 2013).

The fee dispute in the related *Shepard* matter also gave rise to an

appeal, currently pending before this Court as No. 14-3403.

OFFICIAL CAPACITY PARTIES

Defendants-Appellees Lisa Madigan, Attorney General of the State

of Illinois, and Hiram Grau, Director of the Illinois State Police,

appeared in their official capacities and remain in those offices.

JURISDICTIONAL STATEMENT

1. Plaintiffs-Appellants sought and obtained declaratory and

injunctive relief barring enforcement of various Illinois statutes as

unconstitutional, in violation of U.S. Const. amends. II and XIV, and 42

U.S.C. § 1983. The District Court had jurisdiction over this case

pursuant to 28 U.S.C. §§ 1331, 1343, 2201, 2202 and 42 U.S.C. § 1983.

This appeal arises from the District Court's subsequent entry of an

award for attorney fees and expenses under 42 U.S.C. § 1988.

Plaintiff Second Amendment Foundation, Inc., is a non-profit

corporation, organized under the laws of Washington with its principal

place of business in Bellevue, Washington. Plaintiff Illinois Carry is a

non-profit corporation, organized under the laws of Illinois with its principal place of business in Shelbyville, Illinois.

2. This Court has jurisdiction over the matter pursuant to 28 U.S.C. § 1291. In addition to entering an award of attorney fees, from which Plaintiffs-Appellants are appealing, the order below entered a final judgment in the case, granting Defendants' motion to dismiss and closing the case. An award of attorney fees "qualifies as a collateral order that is final for purposes of 28 U.S.C. § 1291, because it finally determines the fee question for the period at issue." *Gautreaux* v. *Chicago Hous. Auth.*, 491 F.3d 649, 654 (7th Cir. 2007) (citations omitted). The attorney fee decision was, after all, entered separately and well-after the earlier "final" judgment in the case, from which Plaintiffs-Appellants successfully appealed.

(i) The judgment to be reviewed was entered November 24, 2014.

(ii) None

(iii) None

(iv) The Notice of Appeal was filed December 8, 2014.

(v) N/A.

Dated: December 16, 2014      Respectfully submitted,

By:   /s/ Alan Gura

David G. Sigale                     Alan Gura
Law Firm of David G. Sigale, P.C.     Counsel of Record
799 Roosevelt Road, Suite 207       Gura & Possessky, PLLC
Glen Ellyn, IL 60137              105 Oronoco Street, Suite 305
630.452.4547/Fax 630.596.4445    Alexandria, VA 22314
dsigale@sigalelaw.com             703.835.9085/Fax 703.997.7665
                                     alan@gurapossessky.com

CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


/s/ Alan Gura
Alan Gura