January 7, 2015

**By the Court:**

| | |
|---|---|
| MARY E. SHEPARD and ILLINOIS STATE RIFLE ASSOCIATION,<br>    Plaintiffs-Appellees, | ] Appeal from the United<br>] States District Court for<br>] the Southern District of<br>] Illinois |
| No. 14-3403                    v. | ]<br>] No. 3:11-cv-00405-MJR-PMF |
| LISA MADIGAN, solely in her official capacity as Attorney General of Illinois, et al.,<br>    Defendants-Appellants. | ]<br>] Michael J. Reagan, Judge.<br>]<br>] |
| ------------------------------------------------------------- | ] |
| MICHAEL MOORE, et al.,<br>    Plaintiffs-Appellees,<br>    Cross-Appellants, | ] Appeals from the United<br>] States District Court for<br>] the Central District of<br>] Illinois. |
| Nos. 15-1023 and 14-3717    v. | ]<br>] No. 3:11-cv-031340SEM-TSH |
| LISA MADIGAN and HIRAM GRAU<br>    Defendants-Appellants,<br>    Cross-Appellees. | ]<br>] Sue E. Myerscough, Judge.<br>] |

### O R D E R

    The court, on its own motion, orders that these appeals are CONSOLIDATED for purposes of briefing and disposition.

    The briefing schedule is SUSPENDED pursuant to the court's order of December 9, 2014, which issued in Appeal No. 14-3403.