# United States Court Of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

## SUBSTITUTE APPEARANCE FORM

Appellate Court No. : 15-1023                                    Docketed on: 1/6/15
Short Caption: *Moore et al. v. Madigan et al.*
District Court Judge:: Hon. Sue E. Myerscough
District Court No.: 11-cv-03134

`***************************************************************************`

You must either enter your appearance within 10 days of docketing this appeal pursuant to Circuit Rule 12(c) or indicate your non - involvement by filing a motion with this court. A "Certificate of Interest" pursuant to Circuit Rule 26.1 must also accompany this form if you intend to participate in this case.

`***************************************************************************`

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL OR PRO SE ON BEHALF OF:
<u>Lisa Madigan and Hiram Grau</u> as the

| | | | | | |
|---|---|---|---|---|---|
| [ X ] | appellant(s) | [  ] | appellee(s) | [  ] | amicus curiae |
| [  ] | petitioner(s) | [  ] | respondent(s) | [  ] | intervenor(s) |

Verify that the address and firm (if any) information is accurate. If incorrect, strike through the incorrect information and record it correctly.

       Firm, Office or Facility:    OFFICE OF THE ATTORNEY GENERAL
       Unit, Division or Section:   CIVIL APPEALS DIVISION
       Address:                       100 West Randolph Street, 12th Floor
       City/State/Zip:           Chicago, Illinois 60601
       Firm Telephone Number:  (312) 814-3312

Name: Clifford W. Berlow
Signature:/s/ *Clifford W. Berlow*
Direct Phone No. (312) 814-7122
Admitted to Appellate Court? No

Add other counsel from your firm who will be participating in this case and did not receive an appearance form.
1. Print Name:_____   2. Print Name:_____
   Signature: _____       Signature: _____
   Direct Phone No. (   )                    Direct Phone No. (   )
   Admitted to Appellate Court? Y___ N ___   Admitted to Appellate Court? Y___ N ___

Lead counsel must be admitted to this court within 30 days of docketing and any attorney who orally argues must be admitted to this court, pursuant to Circuit Rule 46(a).

# CERTIFICATE OF SERVICE

      I hereby certify that on January 14, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


Dated: January 14, 2015            /s/ *Clifford W. Berlow*
                                              CLIFFORD W. BERLOW
                                              Assistant Attorney General
                                              100 West Randolph Street
                                              12th Floor
                                              Chicago, Illinois 60601
                                              cberlow@atg.il.state.us
                                              (312) 814-7122

                                              *Counsel for Defendants-Appellees*